UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

"Damion Hardy" also known as "Iesa Al-Massiyah
Pro Se

<u>Write the full name of each plaintiff.</u>

No. _____

**25 CV 4716**

(To be filled out by Clerk's Office)

-against-

"LexisNexis"; united states of america; "LexisNexis
Group"; "Matthew Bender and Company, Inc.";
"Matthew Bender Master Agreement"; "Fast Folio";
Federal Bureau of Prisons; Federal Bureau of Prisons law library et al.

Write the full name of each defendant. If you cannot fit the
names of all of the defendants in the space provided, please
write "see attached" in the space above and attach an
additional sheet of paper with the full list of names. The
names listed above must be identical to those contained in
Section IV.

**COMPLAINT**
(Prisoner)

Do you want a jury trial?
☐ Yes    ☐ No

RECEIVED
JUN 0 2 2025
PRO SE OFFICE

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed
with the court should therefore *not* contain: an individual's full social security number or full
birth date; the full name of a person known to be a minor; or a complete financial account
number. A filing may include *only*: the last four digits of a social security number; the year of
an individual's birth; a minor's initials; and the last four digits of a financial account number.
See Federal Rule of Civil Procedure 5.2.

Rev. 5/6/16

## I.    LEGAL BASIS FOR CLAIM

State below the federal legal basis for your claim, if known. This form is designed primarily for prisoners challenging the constitutionality of their conditions of confinement; those claims are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "*Bivens*" action (against federal defendants).

☑ Violation of my federal constitutional rights

☑ Other: _violation of constitutional rights and rights to privacy of medical records_

## II.    PLAINTIFF INFORMATION

Each plaintiff must provide the following information. Attach additional pages if necessary.

_"Damion Hardy" also known as Iesa Al-Massiyah_

First Name          Middle Initial          Last Name

_"Damion Hardy" docket number 99-cv-2186 or 99-cv-2187 of this court._

State any other names (or different forms of your name) you have ever used, including any name you have used in previously filing a lawsuit.

_federal register #63258-053; new york state DIN 99R3621; NYSID 7/893V1/4_

Prisoner ID # (if you have previously been in another agency's custody, please specify each agency and the ID number (such as your DIN or NYSID) under which you were held)

_United States ~~penitentiary~~ penitentiary, u.s.p. victorville_

Current Place of Detention

_p.o. box 3900_

Institutional Address

_San bernadino county, adelanto          ca          92301_

County, City                    State              Zip Code

## III.    PRISONER STATUS

Indicate below whether you are a prisoner or other confined person:

☐ Pretrial detainee
☑ Civilly committed detainee
☑ Immigration detainee
☑ Convicted and sentenced prisoner
☑ Other: _writ of civil detention and in rem, in personam, quasi in rem maritime and admiralty action filed against me._

## IV.   DEFENDANT INFORMATION

To the best of your ability, provide the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are identical to those listed in the caption. Attach additional pages as necessary.

Defendant 1:   *"LexisNexis"*

First Name                    Last Name                    Shield #

*Company*

Current Job Title (or other identifying information)

*N/A*

Current Work Address

*N/A*

County, City                  State                    Zip Code

Defendant 2:   *united states of america*

First Name                    Last Name                    Shield #

*Solicitor general*

Current Job Title (or other identifying information)

*department of justice, 950 pennsylvania ave NW*

Current Work Address

*washington                    d.c.                    20530*

County, City                  State                    Zip Code

Defendant 3:   *"LexisNexis Group"*

First Name                    Last Name                    Shield #

*Company*

Current Job Title (or other identifying information)

*N/A*

Current Work Address

*N/A*

County, City                  State                    Zip Code

Defendant 4:   *"Matthew Bender and Company, Inc."*

First Name                    Last Name                    Shield #

*Company*

Current Job Title (or other identifying information)

*N/A*

Current Work Address

*N/A*

County, City                  State                    Zip Code

Defendant 5: "Matthew Bender Master Agreement"
    company
      N/A

Defendant 6: "Fast Folio"
    company
      N/A

Defendant 7: Federal Bureau of Prisons
    united states government agency
    320 First street NW
    washington, d.c. 20534

Defendant 8: Federal Bureau of Prisons law library
    united states government agency inmate service
    320 First street NW
    washington, d.c. 20534

Defendant 9: united states military
    united states armed forces
    department of defense
    1400 defense pentagon
    washington, d.c. 20301

Defendant 10:   department of homeland security
united states government department
245 Murray In. SW
washington, d.c. 20528

Defendant 11:   united states immigration and customs enforcement
united states government agency
500 12th street SW
washington, d.c. 20536

Defendant 12:   anthony salisbury
united states immigration and customs enforcement agent
500 12th street SW
washington, d.c. 20536

Defendant 13:   francisco celedonio
cja court appointed attorney
401 broadway 25th floor
new york, ny 10013

Defendant 14:   viktor v. pohorelsky
"magistrate judge" united states district court for the eastern district of
new york
225 cadman plaza east
brooklyn, ny 11201

Defendant 15:  estate of david g. trager
"deceased" "judge" united states district court for the eastern
district of new york


Defendant 16:  david a. ruhnke
cja court appointed attorney
47 park street
montclair, nj 07042


Defendant 17:  lea ann preston-baecht
federal bureau of prisons "psychologist"
united states medical center for federal prisoners
springfield, mo 65802


Defendant 18:  robert sarrazin
federal bureau of prisons "psychiatrist"
united states medical center for federal prisoners
springfield, mo 65802


Defendant 19:  "paul" kirk
10e unit officer, united states medical center for federal prisoners
springfield, mo 65802

Defendant 20: frederic block
"judge" united states district court for the eastern district of new york
225 cadman plaza east
brooklyn, ny 11201


Defendant 21: jean d. barrett
cja court appointed attorney
47 park street
montclair, nj 07042


Defendant 22: brendan michael white
cja court appointed attorney
148 east 78th street
new york, ny 10075

## V.    STATEMENT OF CLAIM

Place(s) of occurrence: _john f. kennedy airport; u.s. district court for the eastern district of new york, etc_

Date(s) of occurrence: _8-15-04; 8-16-04; 12-12-08; 4-01-15; 8-15-04 to present; et c._

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and how each defendant was personally involved in the alleged wrongful actions. Attach additional pages as necessary.

I was illegally, unlawfully and fraudulently arrested on August 15th, 2004, at john f. kennedy airport, in new york city, by the united states military and department of homeland security after I departed a "Royal Jordanian air" flight. The use of the united states military as law enforcement in a civilian arrest and criminal matter violates the posse comitatus act and therefore causes Defendant 9: united states military, to then become a liable defendant. I declare the united states of america, department of homeland security being Defendant 10, and Defendant 9 united states military as liable defendants due to the illegal, unlawful fraudulent arrest. I was told I had a warrant, later being informed of a writ of civil detention being filed against Me, of which neither warrant nor writ was ever produced. I was then turned over to the immigration and customs enforcement agency, Defendant 11, where then Defendant 12, agent anthony salisbury typed/wrote the affidavit in support of complaint/complaint in My presence at the time of arrest, which listed and read 21 u.s.c. § 846 conspiracy charge/statute but never charging Me with the actual crime which is the conspiracy/agreement. See Exhibit A "Affidavit in Support of Complaint". All else being self-evident as the appointed attorneys engaged in illegal, unlawful activity by contributing to this illegal unlawful criminal procedure including by

and being insufficient in counseling and ineffective counseling. The "judges" executing the illegal unlawful criminal procedure. The "psychologists" and "psychiatrists" engaging in illegal unlawful practise as there was no charge of crime to adjudicate and neither them nor the courts, prosecutors or appointed attorneys had the faculties to comprehend such. Officer "paul" kick engaging in cruel and unusual punishment. The Federal Bureau of Prisons for the illegal unlawful acts of it's staff and employees and the department and agency as a whole and entity. I declare all those listed supra as liable defendants.

## INJURIES:

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

A wound to the head from officer "paul" kick discharging a firearm. Over 20 years of My life in prison without being charged with a crime as a base/foundation. Being illegally and unlawfully forcibly medicated. Impaired vision and eyesight. Irrevocable and irreparable slander, libel and ███ defamation acts committed against Me, etc.

---

## VI.    RELIEF

State briefly what money damages or other relief you want the court to order.

$1,000,000,000,000 (one Trillion dollars) in punitive damages, $1,000,000,000,000 (One Trillion dollars) in compensatory damages, totaling $2,000,000,000,000 (Two Trillion dollars) in damages. For Me to be removed from and/or transferred of the federal bureau of prisons permanently to a facility, institution or prison, possibly in the state of new york or new york city, due to the ███ extremities of the matter, situation and circumstance, including the claims brought by Me in the illegal unlawful criminal proceeding, and the possibility of retaliation. And any other action this court deems just and proper.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - X

**04  1108M**

UNITED STATES OF AMERICA

<u>AFFIDAVIT IN SUPPORT OF COMPLAINT</u>
(T. 21, U.S.C. § 846)

-against-

DAMION HARDY,
         also known as "World,"

               Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - X

EASTERN DISTRICT OF NEW YORK, SS:

       ANTHONY SALISBURY, being duly sworn, deposes and says that he is a Special

Agent with Immigration and Customs Enforcement ("ICE"), formerly Customs, duly appointed

according to law and acting as such.

       Upon information and belief, in or about and between 1992 and April 2004, both

dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the

defendant DAMION HARDY, also known as "World," together with others, did knowingly,

intentionally and unlawfully conspire to possess with intent to distribute a substance containing

cocaine base, commonly known as "crack" cocaine, a Schedule II controlled substance, in an amount

of 50 grams or more, in violation of Title 21, Section 841.

      (21 U.S.C. § 846).

       The source of your deponent's information and the grounds for his belief are as

follows[1]:

---

[1] Because this affidavit is being submitted for the limited purpose of establishing probable cause
to arrest, as described in greater detail below, I have not set forth every fact learned during the
course of this investigation.

 *Exhibit A*

2

1.      I have been a Special Agent of ICE (formerly Customs) for three years. Prior to that, I was a Deputy United States Marshal for three years. The statements contained in this affidavit are based in part on my personal observations and interviews; information provided by agents of the Federal Bureau of Investigation ("FBI"), agents of the Drug Enforcement Administration ("DEA), and detectives of the New York City Police Department ("NYPD"); conversations I and fellow law enforcement officers have had with multiple witnesses; reviews of government records; and on my experience and background as a Special Agent. During the course of my career, I have investigated numerous narcotics trafficking cases and have debriefed many defendants and confidential informants regarding the methods of drug distribution.

## The Defendant's Narcotics Trafficking Organization

2.      In the course of this investigation, I and other law enforcement officers have interviewed at least six reliable witnesses and/or informants (collectively the "witnesses"). During their respective interviews, the witnesses stated the following, in sum and substance and among other things.

3.      A violent gang located primarily in and about the Lafayette Gardens Housing Project in Brooklyn, New York is responsible for distributing large quantities of crack-cocaine and other drugs (hereinafter the "World Organization"). The World Organization has used violence against rival drug dealers. The witnesses confirm that DAMION HARDY, also known as "World," is the leader of the World Organization. In addition, the witnesses state that HARDY personally engaged in numerous drug transactions involving large quantities of crack, heroin and cocaine, and directed the drug transactions of his underlings in the World Organization.

*Exhibit A*

3

4.    Many of the witnesses are drug dealers who within the past five years personally engaged in narcotics transactions with HARDY, and/or had direct conversations with HARDY regarding the World Organization's drug trade. Many of the witnesses committed acts of violence at HARDY'S direction within the past five years, or had conversations with HARDY regarding such acts of violence. The witnesses further state that during the past five years, they collectively sold in excess of 1.5 kilograms of cocaine base, as well as large quantities of cocaine and heroin, while working on behalf of the World Organization.

5.    The information the witnesses provided has proven to be reliable and been corroborated by other evidence. Fellow agents and I credit the information the witnesses provided for several reasons. First, the witnesses provided consistent information about HARDY and the World Organization to me and fellow law enforcement officers during separately-conducted interviews. Second, many of the witnesses inculpated themselves in specific acts of narcotics trafficking and/or violence of which the government previously was not aware. Third, the witnesses provided information which law enforcement would not have obtained but for their cooperation. Fourth, the information the witnesses provided regarding HARDY's involvement in the drug trade is independently corroborated with HARDY's arrests and convictions for narcotics-related offenses.

6.    For example, NYPD records reflect that on or about January 11, 1993, NYPD officers went to HARDY's Brooklyn apartment to investigate a 911 call. Upon arrival, the officers observed drugs and guns being thrown out of HARDY'S apartment window. Police apprehended HARDY inside the apartment, where they recovered approximately 766 vials of crack cocaine, 2 handguns, ammunition, an additional quantity of cocaine-base and extensive drug paraphernalia.

*Dismissed.*

*Exhibit A*

7.      In addition, on or about July 29, 1998, in the vicinity of Lafayette Gardens,

NYPD officers responding to a report of gunfire observed HARDY at the corner shooting a firearm.

When the police approached, HARDY fled on a bicycle while firing at the officers.  Subsequent

investigation revealed that before the police arrived, HARDY had been shooting at a rival drug

dealer, stating that it was his block and therefore he could not sell drugs there.

## CONCLUSION

Wherefore, I respectfully request that the defendant DAMION HARDY, also known

as "World," be dealt with according to law.

ANTHONY SALISBURY, ICE

Sworn to before me this
16th day of August, 2004

_____
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK

Exhibit A

## VII.    PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I understand that if I file three or more cases while I am a prisoner that are dismissed as frivolous, malicious, or for failure to state a claim, I may be denied *in forma pauperis* status in future cases.

I also understand that prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions, 42 U.S.C. § 1997e(a), and that my case may be dismissed if I have not exhausted administrative remedies as required.

I agree to provide the Clerk's Office with any changes to my address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| | |
|---|---|
| *May 26th, 2025* | *"Damion Hardy"* |
| Dated | Plaintiff's Signature |

*"Damion Hardy" also known as Iesa Al-Massiyah*
First Name        Middle Initial        Last Name

*united states penitentiary, u.s.p. victorville, p.o. box 3900*
Prison Address

*san bernadino county, adelanto*          *ca*          *92301*
County, City                                State                Zip Code

Date on which I am delivering this complaint to prison authorities for mailing: *May 26th, 2025*

United States district court for the southern district of new york

"Damion Hardy" also known as "Iesa Al-Massiyah Pro Se

Writ of Habeas Corpus

-against-

42 U.S.C. §§ 1983

companies "LexisNexis"; "LexisNexis Group"; "Mattew Bender and Company, Inc."; "Matthew Bender Master Agreement"; "Fast Folio"; Federal Bureau of Prisons; Federal Bureau of Prisons law library et al.

1. I, plaintiff, "Damion Hardy" bring this Writ of Habeas Corpus and 42 U.S.C. §§ 1983 Action pursuant to the united states constitution Article 1 section 9, 5th, 6th, and 14th amendments, and substantive due process and the privacy to and of medical records.

2. I, plaintiff, "Damion Hardy" bring this Writ and Action against the parties mentioned supra due to their evil acts of attempted libel, slander, defamation, illegal unlawful arrest and illegal unlawful imprisonment committed against Me. I was illegally, unlawfully and fraudulently arrested, including as to the name "Damion Hardy", on August 15th, 2004. This illegal, unlawful and fraudulent arrest was executed by the united states military, department of homeland security and immigration and customs enforcement agency. I was then placed and detained in the metropolitan detention center in brooklyn, new york. I was then arraigned in the united states district court for the eastern district of new york, docket numbers 04-mj-01108-VVP; 04-cr-00706-DGT; 04-cr-00706-FB-2; 14-cv-03100-FB; 22-cv-6001 and 22-cv-6601. On 9-23-04 there was an order that a full psych exam be conducted on M

-2-

Attorneys "francisco celedonio" and "david ruhnke" were assigned to me by the court as defense attorneys. From the time of arrest, of which the affidavit in support complaint/complaint was typed/written in my presence, I inquired about and requested to be informed of why was I being arrested as the document only listed a charge/statute which was 21 u.s.c. § 846 conspiracy but never charged me with a crime which being the actual conspiracy/ agreement. This inquiry of mine continued through pretrial and trial and a short period after sentencing. My inquiry extended through arraignment where the court could not and did not inform me of what crime I was charged nor could the defense attorney. After a period of this practise by the court and defense, all done in open court, I then began saying, in open court, "I want to speak to the prosecutor" to be informed of what crime I am charged. After a period of this, the "defense attorneys" approached and told me the only way which I could speak to the prosecutor and be informed of what crime I was charged was to say I wanted to cooperate but it was established that I was not saying in the normal literal sense and it was not being said in a manner of betrayal/snitching nor in a manner where there could be an attempt at defamation or slander against me. So, as an additional precaution and extra protection I said in open court I wanted to cooperate against the united states of america, its federal government and the federal government, also I said this in another manner

-3-

which was cooperate against the united states of america, the federal government and it's federal government. This took place in the years of 2004 and 2005. The court, defense attorney, and prosecutors said to Me this does not have to be said in this manner any longer as it's meaning and the manner in which it was said was established including that which was established concerning what the "defense attorneys" said to Me of saying I wanted to cooperate which in fact was told to them by the prosecutors. There was a "doctor leann preston" or "doctor lea ann preston" who was present at an open court hearing where an occurrence of all that was mention supra. took place. I recognized her as a female who worked on rikers island in the year of 1996 in the otis bantum correctional center ~~whilet~~ while I was imprisoned there, who then also came to visit Me while I was imprisoned at cape vincent correctional facility in new york in December of 1999, as she claimed to be on an official visit there as a "doctor". This "doctor" then again came to visit Me while I was imprisoned in the metropolitan detention center in brooklyn, new york in the year of 2007. Two further competency evaluations were ordered by the court. One ordered on 7-29-08, the other on 9-30-11. I was then imprisoned in the united states medical center for federal prisoners from approximately October 16th, ~~to March 6th~~ 2008, to March 6th, 2009, and November 2nd, 2011, to December 14th, 2014. Where on December 12th, 2008, between

-4-

the hours of 6:00 A.M. and 9:00 A.M., while I was in the shower of the 10e unit I was shot in the head with a firearm by officer "paul Kirk", which was recorded by the prison camera. Also, where I was illegally and unlawfully forcibly medicated from December 2013 through December 2014. The united states medical center for federal prisoners is located in springfield, missouri. I was then transferred to the metropolitan correction center in new york city on around December 31st, 2014, where "doctor lea ann preston-baecht" continued to visit me though she was officially finished with her and the evaluation and examination. Also, I must place on the record, I have had the ritual of the fire, transgression, sorcery and magic practised against me by the united states of america, its federal government, federal bureau of prisons, all with inmates helping and assisting them, throughout this illegal, unlawful and fraudulent ~~imprison~~ imprisonment. On April 1st, ~~2~~ 2015, "judge" frederic block of this court issued a memorandum and order denying the "defense attorneys" illegal, unlawful and fraudulent motion "to be declared incompetent to stand trial". In this memorandum and order was an allegation made by "doctor lea ann preston-baecht" that I said I "wanted to cooperate" but omitting the ~~st~~ nearly 11 years of dialogue which took place concerning this and also omitting what was established. This memorandum and order was then published including by "Lexis Nexis", "Matthew

- 5 -

Bender" and "fast folio" companies and platforms of which serve as the federal bureau of prisons "law library". This memorandum and order, as and in the manner it was published, amounts to a clear and blatant attempt at defamation and slander toward and against Me which is an act of willful neglect and cruel and unusual punishment which is ongoing and continuous as this "memorandum and order" is still being published and displaying as such which would be harmful and injurious to any man who is normal and of sound mind. This "memorandum and order" also violates the procedure of the privacy of medical records. I am placing on the record that of the near 11 years I was illegally and unlawfully imprisoned during pretrial I was imprisoned in solitary confinement for a near 10 year period. I bring this action to have the full matter of what took place and the circumstances of what is published of the "memorandum and order" including by said companies and platforms to then be published and display as such with all information or to have the whole of the "memorandum and order" removed from publication and display including with a notification eliminating any residing of the attempt at defamation and slander toward and against Me including on said companies and platforms. Also, I bring this action and tort to be reward with equal to the amount of £1,000,000,000,000 (One Trillion British Pounds) in punitive damages and equal to the amount of £1,000,000,000,000 (One Trillion British Pounds) in compensatory damages,

-6-

When an individual is arrested by the united states military, department of homeland security and/or law enforcement, all and complete responsibility as to all matters thereafter lies and rest with those who conducted the arrest and the local, state or federal government and/or united states of america until the individual who was arrested is informed of what crime he or she is charged. I am still illegally, unlawfully and fraudulently imprisoned without being charged with a crime as a base/foundation. I have yet to be informed, even after 20 years of imprisonment, of what crime for I was arrested.

Therefore, I hereby bring this Writ and Action Moving to receive $1,000,000,000,000 (one Trillion dollars) in punitive damages and $1,000,000,000,000 (one Trillion dollars) in compensatory damages, totaling $2,000,000,000,000 (Two Trillion dollars) due illegal, unlawful, fraudulent arrest, illegal, unlawful, fraudulent imprisonment, cruel and unusual punishment, neglect, libel, attempted slander and attempted defamation. Also, I hereby move to be transferred out of the federal bureau of prisons.

Wherefore, I hereby move this court to immediately grant this Writ and 42 u.s.c. §§ 1983 Action and any other action this court deems just and proper.

I Declare the foregoing is true and correct.

Executed Sunday the 25th Day of May, 2025.

Dated: Sunday the 25th Day of May, year 2025   "Damian Hardy", Issa Al-Massiyah

To whom it may concern,

I "Damion Hardy" request to proceed in forma pauperis and to be removed from and transferred out of the federal bureau of prisons, and never to be returned, due to the extremities of the matter, situation and circumstance and due to possible retaliation. This court has jurisdiction and venue of this writ and 42 u.s.c. §§ 1983 Action as throughout this illegal, unlawful fraudulent criminal proceeding I was imprisoned in the metropolitan correction center approximately December 2007 through January 2008, February 2008 through March 2008, May 2008 through September 2008, September 2004 to October 2004, and December 31ˢᵗ, 2014, through July 2015. Furthermore, as part of my claim, I entered the country of Iraq approximately May of 2004, during a period declared by both, the united states of america and the country of Iraq, of war one against the other which then makes null and void any citizenship the united states of america attempted to impose upon me and also during the period of my entry into Iraq there were no writs or charges filed or warrants against me.

Dated: Sunday the 25ᵗʰ Day of May, 2025          "Damion Hardy"

Tesa al-Massingal

United states district court for the southern district of new york

"Damion Hardy" also known as "Iesa Al-Massiyah Pro Se

Certificate of Service

-against-

Companies "LexisNexis"; "LexisNexis Group";
"Matthew Bender and company, Inc.";
"Matthew Bender Master Agreement";
"Fast Folio"; Federal Bureau of Prisons;
Federal Bureau of Prisons law library et al.



I "Damion Hardy" Declare I have served a copy of the attached Writ of Habeas Corpus, 42 u.s.c. §§ 1983 Action and cover Letter ▇▇ and in forma pauperis application upon united states district court for the southern district of new york, Pro Se Intake Unit at room 120, 500 pearl street, new york, ny 10007 by Legal mail/postal mail.



"Damion Hardy" #63258-053
united states penitentiary
u.s.p. victorville
p.o. box 3900
adelanto, ca 92301



RECEIVED
JUN - 2 2025
PRO SE OFFICE



USM 4P
SDNY

Legal mail